

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00729-CV

Jeremiah **TROMBLY**,
Appellant

v.

**DEPARTMENT OF THE AIR FORCE**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000304
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Jeremiah Trombly.

SIGNED July 8, 2015.

_____
Patricia O. Alvarez, Justice